UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~

MEL M. MARIN,

                 Plaintiff,

            vs                          6:04-CV-0684
                                       (DNH)(GJD)

CITY OF UTICA; JOHN DILLON; TIMOTHY J.
JULIAN; TIMOTHY P. DOYLE; and HARRY
SCARAMELLA,

                 Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

MEL M. MARIN
Plaintiff, *pro se*
San Diego, CA 92145

DAVID N. HURD
United States District Judge

**U. S. DISTRICT COURT**
**N. D. OF N. Y.**
**FILED**
**SEP 30 2005**
AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA

## O R D E R

Pursuant to the mandate issued on September 19, 2005, by the United States Court of Appeals for the Second Circuit, it is

    ORDERED that the case is DISMISSED.

    The Clerk is directed to enter judgment and close the file accordingly.

    IT IS SO ORDERED.

                                                                  United States District Judge

Dated:  September 29, 2005
           Utica, New York